WARD v. WARD.

[85 South 181. In Banc. No. 21320.]

APPEAL AND ERROR. *Transcript of evidence not stricken because stenographer has resigned.*

The stenographer's transcript of the evidence would not be stricken from the record on motion on the ground that he resigned his office before he filed the transcript, and that consequently a certificate thereto was without official sanction, as under Code 1906, section 4795 (Hemingway's Code, section 3148) a stenographer's resignation is ineffective as to any official business begun but not finished.

APPEAL from chancery court of Attala county.

HON. A. Y. WOODWARD, Chancellor.

Suit between R. S. Ward and Mrs. Sallie Ward, administratrix. Judgment for the latter, and the former appeals. Motion by appellee to strike out the stenographer's notes overruled.

*J. A. Teat,* and *M. L. Dew,* for appellant.

*R. H. & J. H. Thompson, J. G. Smythe* and *S. L. Dodd,* for appellee.

SMITH, C. J., delivered the opinion of the court.

This cause comes on to be heard on the motion of the appellee to strike the stenographer's transcript of the evidence from the record. The only ground of the motion that will be herein specifically referred to is that the stenographer resigned his office before he filed the transcript, consequently his certificate thereto is without official sanction. Under the provisions of section 4795, Code of 1906 (Section 3148, Hemingway's Code), the resignation of a stenographer is ineffective in so far as it relates to any business connected with his office, upon the discharge of which he has entered and which is unfinished:

*Overruled.*